

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00726-CV

**IN RE** Maria **GONZALEZ,** Eliseo Gonzalez, Lucy Harvest, Scott Grice, Miriam Grice and Democrats Abroad

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On October 31, 2022, relators filed a petition for writ of mandamus containing a request for immediate emergency relief. After considering the petition and the record, this court concluded relators did not show they were entitled to the relief sought and denied relators' petition for writ of mandamus on November 1, 2022.[2]

On November 2, 2022, relators filed a motion for reconsideration and rehearing requesting this court reconsider our November 1, 2022 order. After consideration, relators' motion for reconsideration and rehearing is **DENIED**.

It is so **ORDERED** on November 10, 2022.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of relators' federal postcard application complaint against Bexar County Election Officials. *See* Tex. Elec. Code Ann. § 273.061(a) ("[A] court of appeals may issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election or a political party convention, regardless of whether the person responsible for performing the duty is a public officer.").

[2] Additionally, we denied relators' request for immediate emergency relief as moot.